Alan Andrew MACKETY,
Petitioner-Appellant,

v.

Stephanie HOLLEMBAEK; United
States of America, Respondents-
Appellees.

No. 17-6488

United States Court of Appeals,
Fourth Circuit.

Submitted: August 4, 2017

Decided: August 15, 2017

Alan Andrew Mackety, Appellant Pro
Se.

Before SHEDD, AGEE, and DIAZ,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Alan Andrew Mackety, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See *Mackety v. Hollembaek*, No. 5:16-hc-02120-D, 2017 WL 1162176 (E.D.N.C. Mar. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*